# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jacob Lewis<br><br>**Date of Birth:** XXXXXXXX<br>*Defendant(s)* | ) Case: 1:21-mj-00155<br>) Assigned to: Judge Zia M. Faruqui<br>) Assign Date: 1/22/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1), (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;<br>40 U.S.C. 5104(e)(2)(D) & (G)- Violent Entry and Disorderly Conduct on Capitol Grounds | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Stephen R. Hart, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/22/2021

_____
Judge's signature

City and state: Washington, D.C.       ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*