NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number | 1:21-mj-00155-ZMF |

JACOB LEWIS

(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Dan Eckhart, FL BAR 0488674
*(Attorney & Bar ID Number)*

Dan Eckhart Law
*(Firm Name)*

200 E. Robinson St., Ste. 1150
*(Street Address)*

| Orlando | FL | 32801 |
| *(City)* | *(State)* | *(Zip)* |

(407) 276-0500
*(Telephone Number)*

